UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| STEVE BINKLEY,                           : | |
|             Plaintiff,                          : | No. 5:14-cv-6973 |
|                                                      : | |
|     v.                                            : | |
|                                                      : | |
| NOAH W. KREIDER AND SONS, RONALD  : | |
| KREIDER, TOM BEACHLER, and          : | |
| BEN BEACHLER,                           : | |
|             Defendants.                       : | |

_____

**O R D E R**
**Defendants' Motion for Summary Judgment, ECF No. 22 – Denied**

**AND NOW**, this 4th day of March 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**: Defendants' Motion for Summary Judgment, ECF No. 22, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

1